## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| AMANDA J. BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:11-CV-97 |
| | ) | |
| AMERICAN ELECTRIC POWER, | ) | |
| a/k/a INDIANA MICHIGAN POWER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, Plaintiff *pro se* and Defendant by counsel, and hereby stipulate that the above-captioned cause of action against American Electric Power a/k/a Indiana Michigan Power be and are hereby dismissed, in their entirety, with prejudice, pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

WHEREFORE, the parties jointly request that the Court dismiss the cause of action.

Respectfully Submitted,


**AMANDA J. BROWNLEE**                    **ROTHBERG LOGAN & WARSCO LLP**


/s/Amanda J. Brownlee                         /s/ Theodore T. Storer
Amanda J. Brownlee                            Theodore T. Storer (#17576-02)
3203 Hoagland Avenue                          505 E. Washington Boulevard
Fort Wayne, IN  46807                         Fort Wayne, Indiana  46802
***Pro Se Plaintiff***                        Telephone:     260-422-9454
                                              Facsimile:     260-422-1622
                                              ***Attorney for Defendant***